| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2010 | FOR CALENDAR YEAR 2009 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HUFF, MARILYN L. | USDC, SOUTHERN DIST. OF CALIF. | 05/06/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| ACTIVE DISTRICT JUDGE | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 940 FRONT STREET, SUITE 5315 SAN DIEGO, CA 92101 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Secretary | Federal Judges Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 12 A 9: 50 DISCLOSURE OFFICE

Huff, Marilyn L.

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/09 | DLA, Piper Attorney |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 5-2-09 - 5-4-09 | Washington, D.C. | Board Meeting | Travel, Lodging, Food |
| 2. | ABA Intellectual Property Section | 4-2-09 - 4-3-09 | Washington, D.C. | Speaker | Travel, Lodging, Food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Manhattan | Share of real estate mortgage | K |
| 2. | Union Bank | Real estate mortgage | L |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. B Inv., San Diego, CA (T) | E | Rent | O | W | | | | | |
| 2. Sun Oil | A | Dividend | L | T | | | | | |
| 3. Rental property, San Diego, CA (T) | E | Rent | O | W | | | | | |
| 4. Wells Fargo Accounts-SDCA (T) | B | Interest | L | T | | | | | |
| 5. 401k & Profit Sharing * Total Value | F | Interest | P1 | T | | | | | |
| 6. Sched of Assets & Transactions | | | | | | | | | |
| 7. Trust B | C | Interest | M | T | | | | | |
| 8. Vanguard Total Intl Stock In | C | Dividend | M | T | | | | | |
| 9. Vanguard Total Bond Index | C | Interest | M | T | | | | | |
| 10. Vanguard ST Bond Index | C | Interest | M | T | | | | | |
| 11. Vanguard In. S&P 500 | D | Dividend | N | T | | | | | |
| 12. Vanguard Value Index | C | Dividend | M | T | | | | | |
| 13. Vanguard Growth Index | B | Dividend | M | T | | | | | |
| 14. Vanguard Sm. Cap Stock Index (sig) | A | Dividend | K | T | | | | | |
| 15. Dodge & Cox | A | Dividend | K | T | | | | | |
| 16. Spartan Ext. Market | A | Dividend | K | T | | | | | |
| 17. T. Rowe Price Intl. Bond | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Intl. Growth Port. | A | Dividend | K | T | | | | | |
| 19. Pimco Foreign | A | Interest | J | T | | | | | |
| 20. Vanguard Windsor II | B | Dividend | L | T | | | | | |
| 21. Vanguard Sm. Cap Value | B | Dividend | L | T | | | | | |
| 22. I Shares MSC 1 | A | Dividend | K | T | | | | | |
| 23. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | L | T | | | | | |
| 24. Vanguard High Yield Corp. | D | Interest | M | T | | | | | |
| 25. Vanguard GNMA | C | Interest | M | T | | | | | |
| 26. Vanguard Large Cap ETF | B | Dividend | L | T | | | | | |
| 27. Vanguard Infl. Prot. | C | Interest | M | T | | | | | See #74 2009 |
| 28. Pimco Total Return Cl.D | C | Interest | L | T | | | | | |
| 29. Pimco Total Return | C | Interest | K | T | Buy | 05/06/09 | K | | |
| 30. I Shares Rus Micro EFT | A | Dividend | K | T | | | | | |
| 31. Wisdom Tree Int'l. | A | Dividend | K | T | | | | | |
| 32. CH Cash Management (AP) | A | Interest | K | T | | | | | |
| 33. Vanguard IB Invest Gr. Adm | D | Interest | M | T | Buy | 05/06/09 | M | | |
| 34. Vanguard Dev. Mkts | A | Dividend | K | T | Buy | 09/17/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Vanguard Emerg. Mkts. | A | Dividend | K | T | Buy | 09/17/09 | K | | |
| 36. Vanguard Intl. Value #46 | A | Dividend | K | T | Buy | 01/21/09 | K | | |
| 37. Vanguard Intl. Grow Adm | A | Dividend | K | T | Buy | 09/17/09 | K | | |
| 38. Vanguard Sm FtSE Ex US | | None | L | T | Buy | 09/17/09 | K | | |
| 39. OTHER ASSETS in 401(k) PROFIT SHARING | | | | | | | | | |
| 40. Live Oak Assoc III | | None | J | T | | | | | |
| 41. First Reg. Bank IRA mm Phair RE | A | Interest | K | T | Buy | 06/17/09 | K | | |
| 42. END OF ASSETS IN 401(k) | | | | | | | | | |
| 43. IRA American General (AIG)* | A | Interest | K | T | | | | | |
| 44. Charles Schwab IRA Total Value ** | E | Int./Div. | O | T | | | | | Assets listed below |
| 45. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 46. Glaxo Smith Kline | A | Dividend | J | T | | | | | |
| 47. Eli Lilly | A | Dividend | J | T | | | | | |
| 48. Alcoa Inc. | A | Dividend | J | T | | | | | |
| 49. Pimco Total Return | D | Interest | M | T | | | | | |
| 50. Vanguard Bond Index | C | Interest | L | T | | | | | |
| 51. Marathon (USX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 52. Vanguard Windsor II | A | Dividend | K | T | | | | | |
| 53. Vanguard Lrg Cap EFT | A | Dividend | K | T | | | | | |
| 54. DFA U.S. Micro Cap | A | Dividend | L | T | | | | | |
| 55. DFA Int. Lg. Cap. Val. | A | Dividend | K | T | | | | | |
| 56. DFA Int. Lg. Cap. | B | Dividend | K | T | | | | | |
| 57. DFA Lg. Cap. Val. | B | Dividend | L | T | | | | | |
| 58. DFA Int. Sm. Cap. Val. | A | Dividend | K | T | | | | | |
| 59. Vanguard Wrld Int. Growth | A | Dividend | K | T | | | | | |
| 60. Vanguard Growth Index | A | Dividend | K | T | | | | | |
| 61. Schwab Money Market - H | A | Interest | J | T | | | | | |
| 62. Home Depot | A | Dividend | J | T | | | | | |
| 63. Longleaf Small Cap. | A | Dividend | K | T | | | | | |
| 64. Vanguard Short Term Bd Sig | A | Interest | K | T | Buy (add'l) | 09/18/09 | J | | |
| 65. Vanguard GNMA | A | Interest | K | T | | | | | |
| 66. Vanguard Hl-Yld Corp. | C | Interest | K | T | | | | | |
| 67. Vanguard Ex. Mkt. Ind. | A | Dividend | J | T | | | | | |
| 68. Vanguard REIT | A | Dividend | | | Sold | 09/22/09 | J | C | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. DFA 6-10 US Sm. Cap. Value | A | Dividend | J | T | | | | | |
| 70. DFA US Large Cap Port | B | Dividend | L | T | | | | | |
| 71. DFA 6-10 US Small Cap. Port | A | Dividend | K | T | | | | | |
| 72. DFA 5Yr. Global | A | Interest | K | T | | | | | |
| 73. Vanguard Short Term Bond Investor | A | Interest | K | T | | | | | |
| 74. Pimco Low Duration | C | Interest | L | T | | | | | |
| 75. END OF ASSETS IN IRA | | | | | | | | | |
| 76. Schwab Cal Muni Mut Fund | A | Interest | L | T | | | | | |
| 77. GCW&F Partners I | A | Distribution | J | T | | | | | |
| 78. GCWF Partners II | A | Distribution | J | T | | | | | |
| 79. GCWF (A-E) Invest. Partners I | A | Distribution | J | T | | | | | |
| 80. GCWF (F-N)Invest Partners II | D | Distribution | L | T | | | | | |
| 81. DLA Piper Venture 2006 | | None | K | T | | | | | |
| 82. Onco Fluor, Inc. (Fluro Probe) | | None | K | W | | | | | |
| 83. Bonita View Office | | None | L | T | | | | | |
| 84. Bella Mar RV Park LLC (Bonita View) | | None | L | T | | | | | |
| 85. Altria | A | Dividend | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| HUFF, MARILYN L. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Kraft | A | Dividend | J | T | | | | | |
| 87. Extreme Networks | | None | J | T | | | | | |
| 88. II-IV, Inc. | | None | J | T | | | | | |
| 89. Diamond Trust Series | A | Dividend | | | Buy | 02/17/09 | K | | |
| 90. Diamond Trust Series | A | Dividend | | | Sold | 10/12/09 | K | | |
| 91. Cisco Systems | | None | J | T | | | | | |
| 92. Quality Systems, Inc. | A | Dividend | K | T | | | | | |
| 93. Genzyme Corp. | | None | J | T | | | | | |
| 94. Occidental Pet. | A | Dividend | K | T | | | | | |
| 95. QLT | | None | J | T | | | | | |
| 96. Cardium Therapeutics | | None | J | T | | | | | |
| 97. Wachovia (T)/Wells Fargo | C | Interest | M | T | | | | | |
| 98. Property, San Diego Co., CA-Appraisal Date 8/18/03 (T) | F | Rent | P1 | Q | | | | | |
| 99. ISH Index SP 500 | A | Dividend | J | T | | | | | |
| 100. ISH Index FD TR Mscl | A | Dividend | J | T | | | | | |
| 101. ISH S&P Mid Cap 400 | A | Dividend | J | T | | | | | |
| 102. ISH S&P Sm Cap 600 | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Allianz Div. Fund | A | Dividend | J | T | | | | | |
| 104. Templeton World | A | Dividend | J | T | | | | | |
| 105. RSB IRA SMITH BARNEY (ASSETS BELOW) | | | | | | | | | |
| 106. Med. Growth (IRA)(TA) (IDEX) | B | Dividend | L | T | | | | | |
| 107. Growth Port. (IRA) (TA) (IDEX) | A | Dividend | J | T | Sold (part) | 02/06/09 | J | A | |
| 108. Smith Barney Muni MM (Western Asset) | A | Interest | | | Redeemed | 04/02/09 | J | A | |
| 109. Ivy Asset Fund | A | Dividend | J | T | | | | | |
| 110. Hartford Cap. App. | A | Dividend | J | T | | | | | |
| 111. Power Shares High Yld. Eq. | A | Dividend | J | T | | | | | |
| 112. Calamos Growth Fd. | | None | J | T | | | | | |
| 113. SDPR | A | Dividend | J | T | Buy | 01/20/09 | J | | |
| 114. Vanguard Windsor II | A | Dividend | J | T | | | | | See #50 2009 |
| 115. USE Credit Union SDCA Accts | D | Interest | L | T | | | | | |
| 116. Vanguard MM | B | Interest | O | T | | | | | |
| 117. SD Bank | A | Interest | M | T | Buy (add'l) | 05/14/09 | L | | |
| 118. Vanguard Life Strategy | A | Dividend | K | T | | | | | |
| 119. Google | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2010 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. Illumina | | None | K | T | Buy | 03/05/09 | J | | |
| 121. VMWare | | None | J | T | | | | | |
| 122. Philip Morris | A | Dividend | J | T | | | | | |
| 123. Interwoven/Imanage | | None | | | Redeemed | 03/17/09 | J | | Cash Merger |
| 124. Chase Accts./WaMu | B | Interest | K | T | | | | | |
| 125. CitiBank Accts | D | Interest | N | T | | | | | |
| 126. B of A Accts | D | Interest | N | T | | | | | |
| 127. SD Nat'l Bank Accts/US Bank | C | Interest | N | T | | | | | |
| 128. Union Bank Acct (X) | | None | K | T | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L. | 05/06/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544